UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **ADVANCED VIDEO TECHNOLOGIES LLC,** | ) ) ) | |
| Plaintiff, | ) | 11 Civ. 6604 (CM) |
| | ) ) | |
| vs. | ) ) | |
| **HTC CORPORATION and HTC AMERICA, INC.** | ) ) ) | |
| | ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| **ADVANCED VIDEO TECHNOLOGIES LLC,** | ) ) ) | |
| Plaintiff, | ) | 11 Civ. 8909 (CM) |
| | ) ) | |
| vs. | ) ) | |
| **RESEARCH IN MOTION LTD., ET AL.,** | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| **ADVANCED VIDEO TECHNOLOGIES LLC,** | ) ) ) | |
| Plaintiff, | ) | 12 Civ. 0918 (CM) |
| | ) ) | |
| vs. | ) | **Oral Argument Requested** |
| **MOTOROLA MOBILITY LLC,** | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that upon the accompanying Joint Memorandum of Law, Defendants, through undersigned counsel, will move this Court before the Honorable Judge Colleen McMahon, United States District Judge, on a date and time to be set by the Court, at the

United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting its motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 5, 2013

Respectfully submitted,

**VENABLE LLP**

*/s/ William D. Coston (admitted pro hac vice)*
Jeffri A. Kaminski (admitted pro hac vice)
Martin L. Saad (admitted pro hac vice)
575 7th Street NW
Washington, DC 20004
Tel: (202) 344-4000
Fax: (202) 344-8300
wdcoston@venable.com

Joeann E. Walker
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Tel: (212) 370-6246
Fax: (212) 307-5598
jewalker@venable.com

*Attorneys for Defendant Research In Motion, Ltd.*

**COOLEY LLP**

By: */s/ Heidi L. Keefe (admitted pro hac vice)*
     Heidi L. Keefe

Jonathan Bach (JPB 9710)
1114 Avenue of the Americas
New York, NY 10036
Phone: (212) 479-6000

Admitted *Pro Hac Vice*:
Heidi L. Keefe (CA 178960)
Mark R. Weinstein (CA 193043)
Kyle D. Chen (CA 239501)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Phone: (650) 843-5000

*Attorneys for Defendant HTC Corporation and HTC America, Inc.*

**KILPATRICK TOWNSEND & STOCKTON LLP**

*/s/ Frederick Whitmer*
Frederick L. Whitmer (FW-8888)
Megan E. Bussey (MB-1220)
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7703
Tel: (212) 775-8700
Fax: (212) 775-8800
fwhitmer@kilparicktownsend.com
mbussey@kilpatricktownsend.com


D. Clay Holloway (*admitted pro hac vice*)
Kilpatrick Townsend & Stockton LLP
Suite 2800
1100 Peachtree Street
Atlanta , Georgia 30309-4528
Tel: (404) 815-6500
Fax: (404) 815-6555
cholloway@kilpatricktownsend.com

Steven D. Moore (*admitted pro hac vice*)
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Tel: (336) 607-7300
Fax: (336) 607-7500
smoore@kilpatricktownsend.com

*Attorneys for Defendant Motorola Mobility LLC*