UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ADVANCED VIDEO TECHNOLOGIES LLC,

        Plaintiff,

  -against-                                                11 Civ. 6604 (CM)

HTC CORPORATION, et al.,

        Defendants.

---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/15

ORDER DISPOSING OF MOTIONS TO SEAL

McMahon, J.:

      The parties persist in loading the court's motion docket with motions for leave to seal documents. Herewith an omnibus order:

      Any documents filed in this case MUST BE FILED PUBLICLY. The parties may REDACT portions of the papers and accompanying exhibits that have been designated confidential from the public filings, but a redacted version of all papers MUST BE FILED PUBLICLY. Additionally, an unredacted version of the papers must be simultaneously filed UNDER SEAL. The courtesy copies transmitted to chambers must be of the UNREDACTED version of the papers; DO NOT SEND CHAMBERS REDACTED PAPERS.

Please attach a copy of this order to any sealed filing so that the Clerk of the Court will know that the filing of unredacted papers under seal has been authorized by the court.

      The clerk of court shall remove all of the following motions from the court's list of open motions, as this order disposes of them all: Docket Nos. 100, 140, 141, 142, 146, 149.

      If AVT wishes a ruling on its February 6, 2015 motion for leave to file a supplement to its expert report, it should make sure that I have an unredacted courtesy copy of the motion papers.

Dated: March 2, 2015

_____
U.S.D.J.

BY ECF TO ALL COUNSEL